AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

ARNOLD ANDERSON,

    Petitioner,

V.

JACK PALMER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:11-CV-00783-LRH-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed pauper application. Judgement is entered in favor of respondents and against petitioner.
    **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

  November 3, 2011                              **LANCE S. WILSON**
                                                                           Clerk

                                                                               /s/ D. R. Morgan
                                                                                 Deputy Clerk