AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF __NEVADA_____

ARNOLD ANDERSON,

                Petitioner,

V.

       **JUDGMENT IN A CIVIL CASE**

        CASE NUMBER:  **3:11-CV-00783-LRH-WGC**

JACK PALMER, et al.,

            Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_**X**_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with a properly completed pauper application. Judgement is entered in favor of respondents and against petitioner.

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

___November 3, 2011___            **LANCE S. WILSON**

                                   Clerk

                              _/s/ D. R. Morgan___

                                   Deputy Clerk